NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENTON POWELL,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | No. C 10-00806 JF (PR)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of parole by the Board of Parole Hearings ("Board") in 2008. The Court found that the petition stated cognizable claims and ordered Respondent to show cause why the petition should not be granted. Respondent filed an answer addressing the merits of the petition, and Petitioner filed a traverse. For the reasons discussed below, Court concludes that Petitioner is not entitled to relief based on the claims presented and will deny the petition.

## BACKGROUND

Petitioner challenges the Board's denial of parole after a parole suitability hearing

on November 4, 2008.[1]  Petitioner filed habeas petitions in the state superior, appellate, and supreme courts, concluding his state judicial remedies with the state high court denying review on December 17, 2009.  Petitioner filed the instant federal habeas petition on February 25, 2010.

## DISCUSSION

As grounds for federal habeas relief, Petitioner alleges that the Board's decision denying parole violates due process because the Board "presented no evidence material or substantial to find petitioner unsuitable for parole."  (Pet. at 6.)  Petitioner alleges that the Board violated his protected liberty interest under the Fourteenth Amendment by failing to establish a parole release date.  (Id.)  Respondent asserts that Petitioner is not entitled to federal habeas relief because federal due process protection under Superintendent v. Hill, 472 U.S. 445 (1985), is not applicable to state parole decisions.  (Ans. at 6; Docket No. 4.)

The United States Supreme Court has recently determined that for the purposes of habeas federal habeas review, a California prisoner is entitled to only "minimal" procedural protections in connection with a parole suitability determination.  Swarthout v. Cooke, No. 10-333, slip op. 4-5 (U.S. Jan. 24, 2011).  The procedural protections to which the prisoner is entitled under the Due Process Clause of the Fourteenth Amendment are limited to an opportunity to be heard and a statement of the reasons why parole was denied.  Id.  Here, Petitioner makes no allegation that the Board failed to provide at least these minimum procedural protections, and the Constitution does not require more.  Id. at 5.

Whether the Board's decision was supported by some reliable evidence of current dangerousness is irrelevant in federal habeas.  The Supreme Court has made clear that "it is no federal concern... whether California's 'some evidence' rule of judicial review (a

---

[1] The facts of Petitioner's commitment offense were not stated in the petition.

1 procedure beyond what the Constitution demands) was correctly applied." Id. at 6.  In
2 light of the Supreme Court's determination that due process does not require that there be
3 any amount of evidence to support the parole denial, the petition fails to state a
4 cognizable claim for relief.

## CONCLUSION

The Court concludes that Petitioner has failed to show a violation of his federal constitutional rights in the underlying state court proceedings and parole hearing. Accordingly, the petition for writ of habeas corpus is DENIED.

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability ("COA") under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists" would find the district court's assessment of the constitution claims debatable or wrong.  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

Dated: 6/27/11

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRENTON POWELL,

        Petitioner,

v.

RANDY GROUNDS, Warden,

        Respondent.

Case Number: CV10-00806 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/25/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Trenton Powell D-33093
CTF-Central
P.O. Box 689
Y-229L
Soledad, CA 93960-0689

Dated: 7/25/11

        Richard W. Wieking, Clerk